

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2022

No. 04-22-00520-CV

**IN RE** Katharine **TAMEZ**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI14383
Honorable Cathleen M. Stryker, Judge Presiding

Original Proceeding[1]

### ORDER

Sitting:      Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

On August 15, 2022, relator filed a petition for writ of mandamus. Relator also filed an emergency motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the emergency motion, the response to the emergency motion, and the record, this court concludes relator is not entitled to the emergency relief sought. Accordingly, relator's emergency motion for stay is **DENIED**.

It is so **ORDERED** on August 19, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1]This proceeding arises out of Cause No. 2021CI14383, styled *In the Interest of S.E.G., a child*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.